IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,          : Civil No. 1:06CV00587
               Plaintiff,             :
                                :
      v.                         :
                                :
$2,085.00 in U.S. CURRENCY,       :
               Defendant.      :

## ENTRY OF DEFAULT

IT APPEARING that all persons and entities having any interest in the defendant property, except Dwight Demario Perry, are in default for failure to file a claim and an answer or otherwise defend as provided for in Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Default is hereby entered against all persons and entities having any interest in the defendant property.

This the 30th day of July, 2007.


                                       ____/s/ John S. Brubaker_____
                                       CLERK, U.S. DISTRICT COURT